# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALE OWEN DUSTIN,<br><br>         Petitioner,<br><br>   v.<br><br>PFFEIFFER,<br><br>        Respondent. | Case No. 1:16-cv-01708-DAD-SAB-HC<br><br>ORDER TO SUPPLEMENT THE RECORD REGARDING EXHAUSTION<br><br>ORDER VACATING JUNE 27, 2017 FINDINGS AND RECOMMENDATION<br><br>(ECF No. 26) |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On June 27, 2017, the undersigned issued findings and recommendation recommending that Respondent's motion to dismiss be granted and the petition be dismissed for failure to exhaust. (ECF No. 26). On July 17, 2017, Petitioner filed objections to the findings and recommendation, arguing that he in fact filed petitions in the Kern County Superior Court, California Court of Appeals, Fifth Appellate District, and the California Supreme Court. (ECF No. 27). Respondent has not filed a reply to Petitioner's objections.

Accordingly, the Court HEREBY ORDERS:

1. The Findings and Recommendation issued on June 27, 2017 (ECF No. 26) is VACATED;

///

1

2. Within FORTY-FIVE (45) days of the date of service of this order, the parties shall supplement the record with respect to exhaustion;

3. Replies shall be filed within THIRTY (30) days after service of the supplements.

IT IS SO ORDERED.

Dated: __**August 16, 2017**__

_____
UNITED STATES MAGISTRATE JUDGE