# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALE OWEN DUSTIN, | Case No. 1:16-cv-01708-DAD-SAB-HC |
| Petitioner, | ORDER GRANTING MOTION FOR COPIES |
| v. | (ECF No. 31) |
| C. PFFEIFER, | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has been granted in forma pauperis status in the instant proceeding. (ECF No. 8).

On September 11, 2017, Petitioner filed a motion for copies of the findings and recommendation, which now has been vacated, and Petitioner's objections to the findings and recommendation. (ECF No. 31). Petitioner appears to allege that he does not have access to all of his legal property and that some of his legal materials have been confiscated. Good cause having been presented, the Court will grant the motion.

Petitioner is advised, however, that the Court will not grant any further requests for copies of pleadings or other documents in the Court's file. Should Petitioner need copies of documents filed in this case, he is advised that the Schedule of Fees for the U.S. District Court for the Eastern District of California requires a prepayment of fifty cents a page for documents in

the Court's file. Plaintiff may file a request with the Clerk's Office to advise him of the number of pages of any documents he needs, but will not provide copies without prepayment of fees.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's motion for copies (ECF No. 31) is GRANTED; and
2. The Clerk's Office is DIRECTED to send copies of the findings and recommendation (ECF No. 26) and Petitioner's objections (ECF No. 27) to Petitioner.

IT IS SO ORDERED.

Dated: **September 19, 2017**

_____
UNITED STATES MAGISTRATE JUDGE